EDWARD GALLO, Respondent, v. CLINTON T. REVERE and Others, Defendants, Impleaded with HOWARD P. INGELS and Others, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of the ELLIOTT HOSIERY CO., INC., Assignor, to MORRIS J. MAYER, Assignee. In the Matter of the Application for an Attorney's Fee for Services Rendered to the Assignee by ALBERT HERSKOWITZ, Petitioner, Appellant, v. MORRIS J. MAYER, Assignee, Respondent. In the Matter of the Application for an Attorney's Fee for Services Rendered to the Assignee by ISRAEL GREENE, Petitioner, Appellant, v. MORRIS J. MAYER, Assignee, Respondent.— Order, so far as appealed from, unanimously modified by increasing the allowance to Albert S. Herskowitz to the sum of $500 and to Israel Greene to the sum of $250, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GEZA E. ORLEY, Respondent, v. NELLIE SHEWAN and ADA SHEWAN CHAMBERS, Appellants, Impleaded with Another, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. However, since the granting of the motion for judgment on the pleadings as to paragraph " 1 " of the complaint requires an amendment of the complaint, plaintiff is allowed ten days after service of a copy of the order to be entered hereon, with notice of entry thereof, within which to serve an amended complaint. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

BETSY RITCHIE ARON, Respondent, v. HAROLD GUTHRIE ARON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to a motion pursuant to section 1170 of the Civil Practice Act to modify the order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

BETSY RITCHIE ARON, Respondent, v. HAROLD GUTHRIE ARON, Appellant.— Appeal from judgment and order unanimously dismissed without prejudice to defendant's right to move at Special Term to modify or vacate the ex parte order and the judgment entered thereon. (See Kogan v. Fair Waist and Dress Co., Inc., 233 App. Div. 735.) Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HARRIET R. HARTSHORN, Respondent, v. GERTRUDE McCRUM BALCOM, as Executrix, etc., of HOMER G. BALCOM, Deceased, Appellant.— Order, so far as appealed from, unanimously modified by granting item 4 of the notice of motion for a bill of particulars and eliminating therefrom the words " in detail," and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Arbitration between F. W. WOOLWORTH COMPANY and DEPARTMENT STORE EMPLOYEES' UNION LOCAL 1250, UNITED RETAIL WORKERS OF AMERICA, C. I. O.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.